# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF GEORGIA

### SAVANNAH DIVISION

| | |
|---|---|
| RODNEY ALLEN FULLER, | )<br>) |
| Petitioner, | )<br>) |
| v. | ) Case No. CV406-172<br>) |
| CALVIN D. MORTON and<br>JAMES E. DONALD, | )<br>)<br>) |
| Respondents. | ) |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 30th day of Nov., 2007.

JOHN F. NANGLE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA